**Mary Lee ROST, Petitioner/Respondent,**

v.

**Kenneth F. ROST, Sr.,
Respondent/Appellant.**

No. 70938.

Missouri Court of Appeals,
Eastern District,
Division One.

May 13, 1997.

Grant W. Smith, Linn, for respondent/appellant.

Donald K. Althauser, Hermann, for petitioner/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

Husband appeals from the trial court's order denying his motion to modify the child custody provision of a decree of dissolution. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Billy YOUNG, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 71564.

Missouri Court of Appeals,
Eastern District,
Division One.

May 13, 1997.

S. Paige Canfield, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).